### 18282.  SIKES *v.* THE STATE.

BROYLES, C. J.    1. Under the ruling in *Bennefield* v. *State*, 80 *Ga.* 107 (2)
(4 S. E. 869), where, in the State of Florida, a husband voluntarily
and wilfully separated from his wife, whom he had married in the
State of Georgia, and sent her and their child into the State of Geor-
gia, and the child thereby became dependent and destitute in the latter
State, he was guilty of abandoning his child, and the courts of Georgia
had jurisdiction of the offense.    See also *Brown* v. *State*, 122 *Ga.*
568 (2), 570 (50 S. E. 378).    This ruling is not in conflict with the
decision in *Jemmerson* v. *State*, 80 *Ga.* 111 (5 ·S. E. 131), cited by
counsel for the plaintiff in error.    Under the above-stated ruling the
charge of the court in the instant case was not error.
2. The verdict was authorized by the evidence.

*Judgment affirmed.    Luke and Bloodworth, JJ., concur.*

DECIDED JULY 26, 1927.

Abandonment of child; from Colquitt superior court—Judge
W. E. Thomas.    June 4, 1927.

*Dowling & DeLoache,* for plaintiff in error.

*C. E. Hay, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 164, n. 46.
Parent and Child, 29 Cyc. p. 1678, n. 19.

---

### 18284.  SIMS, *alias* BURNETT, *v.* THE STATE.

BLOODWORTH, J.    The evidence amply supported the finding of the jury,
and none of the special grounds of the motion for a new trial show
any reason why the case should be again tried.

*Judgment affirmed.    Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 26, 1927.    REHEARING DENIED AUGUST 12, 1927.

Uttering    forgery;    from    Campbell    superior    court—Judge
Hutcheson.    May 27, 1927.

*Camp & Fraser, A. T. Walden, H. B. Moss, W. C. Munday,* for
plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.